```
 1  THOMAS G. GILMORE, ESQ.
    State Bar No. 91984
 2  LAW OFFICES OF THOMAS G. GILMORE
    3232 FOURTH AVENUE
 3  SAN DIEGO, CALIFORNIA 92103
    (619) 426-4444
 4

 5  Attorney for Material Witnesses

 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                 SOUTHERN DISTRICT OF CALIFORNIA

10                    (Honorable Leo S. Papas)

11  UNITED STATES OF AMERICA,   )  CASE NO. 08MJ0843
                                )
12                              )
                      Plaintiff,)  NOTICE OF MOTION; MOTION FOR
13                              )  VIDEOTAPE DEPOSITION AND
    vs.                         )  SUBSEQUENT VOLUNTARY DEPORTATION
14                              )  OF MATERIAL WITNESS; MEMORANDUM
    MARTIN ORTIZ-CASTANEDA,     )  OF POINTS AND AUTHORITIES AND
15                              )  DECLARATION OF THOMAS G. GILMORE
                                )  IN SUPPORT THEREOF
16                              )
                                )  DATE: April 15, 2008
17                   Defendant. )  TIME: 9:30 am
    _____)  PLACE: Courtroom of Magistrate
18                                         Leo S. Papas
```

19     TO: UNITED STATES ATTORNEY; DEFENDANTS AND THEIR ATTORNEYS OF

20  RECORD:

21     PLEASE TAKE NOTICE that on April 15, 2008 at 9:30 a.m. or as

22  soon thereafter as the matter may be heard, material witnesses

23  ADOLFO GALVEZ-DE JESUS, ALBERTANO PANTALEON-NAJERA, FRANCISCO

24  RAMIREZ-VELASQUEZ and ANTONIO GALVEZ-DE JESUS, will move the Court

25  for an Order that they be subjected to a videotape deposition prior

26  to trial and subsequent voluntary deportation.

27     This motion will be based on 18 U.S.C. 3144 in that the

28  witnesses testimony can be adequately secured by deposition and

1

1 further detention is not necessary to prevent a failure of justice.
2     This motion is further based on this notice of motion, the
3 memorandum of points and authorities and declaration of Thomas G.
4 Gilmore filed herewith, and as such other and further evidence as
5 may be presented at the hearing of the motion.
6                                         Respectfully submitted,
7 DATED: 4/2/08                           /ss/Thomas G. Gilmore
                                          THOMAS G. GILMORE, Attorney for
8                                         Material Witnesses

2