1 THOMAS G. GILMORE, ESQ.
  State Bar No. 91984
2 LAW OFFICES OF THOMAS G. GILMORE
  3232 FOURTH AVENUE
3 SAN DIEGO, CALIFORNIA 92103
  (619) 426-4444
4

5 Attorney for Material Witnesses

6

7

8             UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10               (Honorable Leo S. Papas)

11 UNITED STATES OF AMERICA,   )  CASE NO.  08mj0843
                               )
12                  Plaintiff, )
                               )  CERTIFICATE OF SERVICE
13 vs.                         )
                               )
14 MARTIN ORTIZ-CASTANEDA,     )
                               )
15                             )
                               )
16                  Defendant. )
   _____)
17

18     I, hereby certify that on today's date, I electronically filed
19 the attached documents with the Clerk of the Court using the CM/ECF
20 system, which will automatically send electronic notification of
21 such filing and a copy of such filings to the following:
22     Knut S. Johnson - Knut@knutJohnson.com
23     Carla Bressler - Carla.Bressler@USDOJ.gov
24 Date:  April 2, 2008
25 By: /ss/Thomas G. Gilmore
       THOMAS G. GILMORE, Attorney for
26     Material Witnesses
27
28

                   1